AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

FILED
U.S. DISTRICT COURT
2014 FEB 20 P 3:43
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN RE: ZAGG SECURITIES LITIGATION                JUDGMENT IN A CIVIL CASE

Case Number: 2:12-cv-00852-DB

IT IS ORDERED AND ADJUDGED

That plaintiffs' claims under §§ 10 (b), 14(a) and (20) of the Securities and Exchange Act of 1934 are dismissed.

February 20, 2014                    D. Mark Jones
Date                                  Clerk of Court


                                      _____
                                      (By) Deputy C.